PER CURIAM.
Affirmed. See Rollinson v. State, 748 So.2d 585 (Fla. 4th DCA 1999); Young v. State, 719 So.2d 1010 (Fla. 4th DCA 1998), rev. denied, 727 So.2d 915 (Fla.1999); State v. Vixamar, 687 So.2d 300 (Fla. 4th DCA 1997) (holding no constitutional right to enforce plea bargain); Winokur v. State, 605 So.2d 100, 102 (Fla. 4th DCA 1992) (holding that a defendant is not constitutionally entitled to a plea bargain); Jesus v. State, 565 So.2d 1361, 1365 (Fla. 4th DCA 1990) (“[I]f sentence is within the limits prescribed by the Legislature, we have no jurisdiction to interfere.”) (quoting Banks v. State, 342 So.2d 469, 470 (Fla.1976)).
GUNTHER, GROSS and HAZOURI, JJ., concur.